IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SECURITY USA SERVICES, INC.,

    Plaintiff,

v.                                                                                No. 1:18-cv-00264-JCH-KRS

UNITED PARCEL SERVICE, INC.,

    Defendant.

## **SCHEDULING ORDER**

**THIS MATTER** comes before the Court following a telephonic Rule 16 scheduling conference held on May 10, 2018. At the hearing, the Court adopted the parties' proposed Joint Status Report and Provisional Discovery Plan as modified herein.

**IT IS, THEREFORE, ORDERED** that the parties shall adhere to the following discovery plan:

(a) Maximum of 25 interrogatories per party with responses due 30 days after service.

(b) Maximum of 25 requests for admission per party with responses due 30 days after service.

(c) Maximum of 25 requests for production per party with responses due 30 days after service.

(d) Maximum of five (4) depositions per party not to exceed four (4) hours except as otherwise extended by the mutual agreement of the parties at the time of the deposition.

**IT IS FURTHER ORDERED** that the following case management deadlines shall govern:

(a) Deadline for Plaintiff to amend join other parties or amend pleadings pursuant to Federal Rule of Civil Procedure 15: **June 11, 2018**;

(b) Deadline for Defendants to amend join other parties or amend pleadings pursuant to Federal Rule of Civil Procedure 15: **July 11, 2018**;

(c) Plaintiff's expert-disclosure deadline: **July 9, 2018**;

(d) Defendant's expert-disclosure: **August 9, 2018**;

(e) Deadline for supplementing discovery/disclosures: **within 30 days receiving new information triggering an obligation to supplement.**

(f) Termination of discovery: **September 7, 2018**;

(g) Motions relating to discovery: **October 2, 2018**;

(h) All other motions, including dispositive and *Daubert* motions: **October 16, 2018**;

(i) Pretrial order: Plaintiff to Defendant by: **November 30, 2018**;

Defendant to Court by: **December 14, 2018**.

**IT IS FURTHER ORDERED** that the Court must approve any changes to the timing or scope of discovery, except that the parties may agree at a deposition to extend that depostion. Requests by a party to change the timing or scope of discovery must be made by motion and before the termination of discovery or the expiration of any applicable deadline. Discovery must be completed on or before the termination of the discovery deadline. A written discovery request must be propounded by a date so that the response to that request shall be due on or before the discovery deadline. The parties are further reminded that the cutoff for motions related to discovery does not relieve the party of the 21-day time period under Local Rule 26.6 to challenge

a party's objections to answering discovery. The parties are encouraged to review Federal Rule of Procedure 26(a)(2) to ensure they properly disclose *all* testifying witnesses, not just those for whom a report is required.

                                                KEVIN R. SWEAZEA
                                                UNITED STATES MAGISTRATE JUDGE