# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SECURITY USA SERVICES, INC.,

    Plaintiff,

v.                                     1:18-cv-00264-JCH-KRS

UNITED PARCEL SERVICE, INC.,

    Defendant.

## ORDER GRANTING JOINT MOTION TO EXTEND MOTION FILING DEADLINE

THIS MATTER, having come before the Court on the Joint Motion to Extend Motion Filing Deadline, and the Court having been advised in the premises, finds that the Motion is well taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that the deadline to file pretrial motions, other than discovery motions (including dispositive motions and *Daubert* motions) is extended until April 27, 2019.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE