IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SECURITY USA SERVICES, INC.,

    Plaintiff,

v.        No. 1:18-cv-00264-JCH-KRS

UNITED PARCEL SERVICE, INC.,

    Defendant.

## ORDER GRANTING MOTION TO VACATE STATUS CONFERENCE AND RESETTING STATUS CONFERENCE

**THIS MATTER**, having come before the Court on Defendant's Unopposed Motion to Vacate the Status Conference ("Motion"), and the Court, having reviewed the Motion and being otherwise fully advised in the premises, FINDS that the Motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that the telephonic status conference scheduled on April 2, 2019 at 10:00 a.m. is hereby vacated and reset **for April 16, 2019 at 2:00 p.m**. The parties shall connect to the proceedings by calling (888) 398-2342 and entering access code 8193813.

 

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE